# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| PENNYMAC CORPORATION | : | No. 322 EAL 2018 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| GWENDOLYN L. JACKSON, PATRICIA | : | |
| GRAY AND THE UNITED STATES OF | : | |
| AMERICA | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: PATRICIA GRAY | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of January, 2019, the Petition for Allowance of Appeal and Application for Relief are **DENIED**.